1  HELANE L. MORRISON (Cal. Bar No. 127752)
   JAMES A. HOWELL (Cal. Bar No. 92721)
2    (howellj@sec.gov)
   ROBERT S. LEACH (Cal. Bar No. 196191)
3    (leachr@sec.gov)
   ERIN E. SCHNEIDER (Cal. Bar No. 216114)
4    (schneidere@sec.gov)

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2600
   San Francisco, California  94104
7  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      vs.<br><br>GROH ASSET MANAGEMENT, INC. and ROGER O. GROH,<br><br>            Defendants. | Case No. C 06 0346 MMC<br><br>ORDER GRANTING<br><br>PLAINTIFF'S REQUEST TO CANCEL OR POSTPONE CASE MANAGEMENT CONFERENCE<br><br>No Hearing Per Rule 7-11 |

Plaintiff Securities and Exchange Commission ("Commission") respectfully requests that the Case Management Conference scheduled for April 21, 2006 be cancelled or postponed because the defendants are in default and not expected to participate.  Both defendants in this action failed to answer the Commission's complaint and, on March 21, 2006, the Clerk of the Court entered defaults against them.  Concurrent with the filing of this administrative request, the Commission has filed a application for default judgment against both defendants and scheduled the matter for hearing on May 5, 2006.  Since there will be no other activity in the case prior to the disposition of that

1  application, the Commission submits that no purpose would be served in holding the Case
2  Management Conference.

4  Dated: March 27, 2006                                        James A. Howell
                                                                James A. Howell
                                                                Attorney for Plaintiff
                                                                SECURITIES AND EXCHANGE
                                                                COMMISSION

10                                    ORDER

   Good cause appearing, the case management conference scheduled for April 21, 2006 is hereby VACATED, and will be re-set, if necessary, after the Court has ruled on plaintiff's application for default judgment.

Dated: March 28, 2006

                                                 MAXINE M. CHESNEY
                                                 United States District Judge