IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>   v.<br><br>GROH ASSET MANAGEMENT, et al.,<br><br>             Defendants | No. C-06-0346 MMC<br><br>**ORDER AFFORDING PLAINTIFF LEAVE TO SUBMIT AMENDED PROPOSED JUDGMENT; VACATING HEARING** |

Before the Court is plaintiff's application for default judgment, filed March 27, 2006. In its application, plaintiff states that it is entitled to a "$675 charge for interest on the $45,000 penalty" owed by defendants. (See Pl.'s Appl., filed March 27, 2006, at 6:3-4.) The proposed judgment provided by plaintiff with its application, however, includes no reference to such interest.

Accordingly, plaintiff is hereby afforded leave to submit, no later than April 27, 2006, an amended proposed judgment if plaintiff seeks the above-referenced interest. As of April 27, 2006, the Court will take the matter under submission; the May 5, 2006 hearing is hereby VACATED.

**IT IS SO ORDERED.**

Dated: April 20, 2006

_____
MAXINE M. CHESNEY
United States District Judge